# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAIR LOGIX LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ADVANTECH CORPORATION,<br><br>　　　　Defendant. | Case No.: 4:19-cv-01596-HSG<br><br>**[PROPOSED] ORDER MOVING THE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>**DEMAND FOR JURY TRIAL** |

　　　The Stipulation requesting that the Case Management Conference be moved to July 30, 2019 at 2:00 p.m. is GRANTED. IT IS ORDERED that the Case Management Conference is moved to July 30, 2019 at 2:00 p.m.

　　　PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 4/26/2019

　　　　　　　　　　　　　　　　　　　　　　_/s/ Haywood S. Gilliam, Jr._
　　　　　　　　　　　　　　　　　　　　　　United States District Judge