UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAIR LOGIX LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>ADVANTECH CORPORATION,<br><br>        Defendant. | Case No.: 4:19-CV-01596-HSG<br><br>[~~PROPOSED~~] **ORDER TO MOVE THE CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

The Stipulation requesting that the Case Management Conference be moved to August 20, 2019 at 2:00 pm is GRANTED. IT IS SO ORDERED that the Case Management Conference is moved to August 20, 2019 at 2:00 pm.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 7/17/2019

*/s/ Haywood S. Gilliam, Jr.*
United States District Judge

1