GREENBERG TRAURIG, LLP
HAROLD H. DAVIS, JR. (SBN 235552)
davish@gtlaw.com
FOUR EMBARCADERO CENTER, SUITE 3000
San Francisco, California 94111-5983
Telephone: (415) 655-1300
Facsimile: (415) 707-2010

Attorney for Defendant
ADVANTECH CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAIR LOGIX LLC, | Case No. 4:19-cv-01596-HSG |
| Plaintiff, | **ORDER GRANTING UNOPPOSED MOTION FOR HAROLD H. DAVIS, JR. TO WITHDRAW AS COUNSEL OF RECORD FOR ADVANTECH CORPORATION AND TO TERMINATE ECF NOTIFICATIONS** |
| v. | |
| ADVANTECH CORPORATION, | |
| Defendant. | **JURY TRIAL DEMANDED** |

The Court, having considered Defendant Advantech Corporation's Unopposed Motion for Harold H. Davis, Jr. formerly of K&L Gates, LLP to Withdraw as Counsel of Record for Advantech Corporation and to Terminate ECF Notifications, is of the opinion that it should be, and is hereby, GRANTED.

It is therefore ORDERED that Harold H. Davis, Jr., formerly of K&L Gates, LLP be withdrawn as counsel of record for Advantech Corporation and ECF notifications to Mr. Davis are to be terminated in connection with this case.

SO ORDERED.

Dated: November __6__, 2019

JUDGE HAYWOOD S. GILLIAM, JR.