Steven A. Nielsen (Calif. Bar No. 133864)
steve@nielsenpatents.com
100 Larkspur Landing Circle, Suite 216
Larkspur, CA 94939-1743
Telephone: (415) 272-8210

ATTORNEYS FOR PLAINTIFF
ALTAIR LOGIX LLC

Jay C. Chiu (SBN 205385)
jay.chiu@klgates.com
K&L GATES LLP
1 Park Plaza, Twelfth Floor
Irvine, CA 92614
Telephone: +1 949 623 3522
Facsimile: +1 949 253 0902

ATTORNEYS FOR DEFENDANT
ADVANTECH CORPORATION

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| | PATENT |
| ALTAIR LOGIX LLC, | Case No.: 4:19-cv-01596-HSG |
| Plaintiff, | **STIPULATION TO DISMISS ADVANTECH CORPORATION WITH PREJUDICE PURSUANT TO RULE 41(A)(2) AND TO DISMISS COUNTERCLAIMS WITHOUT PREJUDICE** |
| v. | |
| ADVANTECH CORPORATION, | |
| Defendant. | Judge: Hon. Haywood S. Gilliam, Jr. |

Plaintiff Altair Logix LLC and Defendant Advantech Corporation, pursuant to FED. R. CIV. P. 41(a)(2) and (c), hereby move for an order dismissing all claims in this action WITH PREJUDICE, and dismissing all counterclaims in this action WITHOUT PREJUDICE, with each Party to bear its own costs, expenses and attorneys' fees.

| | | | |
|---|---|---|---|
| 1 | Dated: November 19, 2019 | By: | /s/ Steven A. Nielsen |

Dated: November 19, 2019     By:    */s/ Steven A. Nielsen*
Steven A. Nielsen (Calif. Bar No. 133864)
steve@nielsenpatents.com
100 Larkspur Landing Circle, Suite 216
Larkspur, CA 94939-1743
Telephone: (415) 272-8210

David R. Bennett (Admitted pro hac vice)
dbennett@directionip.com
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
Telephone: (312) 291-1667

ATTORNEYS FOR PLAINTIFF
ALTAIR LOGIX LLC


Dated: April 24, 2019     By:    */s/ Jay Chiu*
Jay Chiu (205385)
jay.chiu@klgates.com
K&L Gates LLP
1 Park Plaza, Twelfth Floor
Irvine, CA 92614
Telephone: +1 949 253 0900
Facsimile: +1 949 253 4500

Min Wu (307512)
min.wu@klgates.com
K&L GATES LLP
620 Hansen Way
Palo Alto, CA 94304
Telephone: 650.798.6747
Facsimile: 650.798.6701

ATTORNEYS FOR DEFENDANT
ADVANTECH CORPORATION

## **ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed and on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

Dated: November 19, 2019                                  */s/ Steven A. Nielsen*
                                                                          Steven A. Nielsen.

# **CERTIFICATE OF SERVICE**

I hereby certify that counsel of record who are deemed to have consented to electronic service are being served on November 19, 2019, with a copy of this email via the Court's CM/ECF system per Local Rule CV-5-1(h)(1).

*/s/ Steven A. Nielsen*
Steven A. Nielsen

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALTAIR LOGIX LLC, <br><br>  Plaintiff, <br><br> v. <br><br> ADVANTECH CORPORATION, <br><br>  Defendant. | Case No.: 4:19-cv-01596-HSG <br><br> [PROPOSED] ORDER TO DISMISS ADVANTECH CORPORATION WITH PREJUDICE PURSUANT TO RULE 41(A)(2) AND TO DISMISS COUNTERCLAIMS WITHOUT PREJUDICE <br><br> Judge: Hon. Haywood S. Gilliam, Jr. |

The Stipulation to Dismiss Advantech Corporation With Prejudice Pursuant to Rule 41(a)(2) and to Dismiss Counterclaims Without Prejudice, which requests dismissal of all claims and counterclaims asserted between Plaintiff Altair Logix LLC and Defendant Advantech Corporation, is GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit by Plaintiff Altair Logix LLC are hereby DISMISSED WITH PREJUDICE, and all counterclaims asserted by Defendant Advantech Corporation, are hereby DISMISSED WITHOUT PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

DATED: 11/20/2019

_____
United States District Judge